HENRIETTA GARLISCH, as Administratrix, etc., of OTTO GARLISCH, Deceased, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Judgment and order denying motion for a new trial unanimously affirmed,

with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.